UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF
AMERICA,

v.  CASE NO. 8:04-CR-325-T-17TBM

GILBERT SUTTON.

_____/

ORDER

This cause is before the Court on:

Dkt. 36 Motion to Suppress
Dkt. 39 Response
Dkt. 76 Amended Report and Recommendation
Dkt. 81 Objection

Defendant's Motion to Suppress was referred to the assigned Magistrate Judge, who conducted an evidentiary hearing, and has issued a Report and Recommendation recommending that the Motion to Suppress be denied as to the issue of probable cause to support the search warrant, and be granted as to Defendant's statement.

The Court has independently examined the pleadings, and has considered Defendant's objection to the Report and Recommendation. After consideration, the Court overrules the objection. The Court adopts and incorporates the Report and Recommendation. Accordingly, it is

**ORDERED** that the Amended Report and Recommendation is **adopted** and incorporated by reference herein; it is further

Case No. 8:04-CR-325-T-17TBM

**ORDERED** that Defendant's Motion to Suppress is **granted in part and denied in part.** Defendant's Motion to Suppress is **denied** as to the issue of probable cause to support the search warrant, and is **granted** as to Defendant's statement.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 2ND day of March, 2007.

*[signature]*
ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

2